IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.                            : CRIMINAL NO: CR-1-02-087
                                    : JUDGE SPIEGEL

LISA RHOADES,

        Defendant.

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

                                              Respectfully submitted,

                                              GREGORY G. LOCKHART
                                              United States Attorney


                                              s/Deborah F. Sanders
                                              DEBORAH F. SANDERS (0043575)
                                              Assistant United States Attorney
                                              Attorney for Plaintiff
                                              303 Marconi Boulevard, Suite 200
                                              Columbus, Ohio 43215
                                              (614) 469-5715
                                              Fax: (614) 469-5240
                                              Deborah.Sanders @usdoj.gov

N:\_ECF Workload\DSanders\rhoads, lisa sat.wpd